THE PEOPLE OF THE STATE OF NEW YORK ex rel. 505 EIGHTH AVENUE CORPORATION, Respondent, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

Argued April 19, 1937; decided May 25, 1937.

*Paul Windels*, Corporation Counsel (*Oscar S. Cox* and *Murray Sendler* of counsel), for appellants.

*Elmer H. Settel*, *Henry Cohen* and *Patrick A. Bolger* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.